IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD R. PATTON                                                                                              PLAINTIFF

v.                                              Civil No. 6:20-cv-06168

CAPTAIN JOSH LINGO, Hot Springs
County Jail; and SHERIFF MIKE CASH,
Hot Springs County                                                                                          DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed February 24, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8.) Judge Bryant recommends this case be dismissed without prejudice for failure to comply with two orders of the Court.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 22nd day of March 2021.

.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE

1